UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alena Magdalena Karakova<br>NASLEDIE DAVUDOVA EXPRESS TRUST<br>d/b/a Settlor/Trust Protector,<br><br>                    Plaintiff,<br><br>           -against-<br><br>JP MORGAN CHASE BANK, NATIONAL<br>ASSOCIATION,<br><br>                    Defendant. | 24-CV-7633 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE<br>OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Only a natural person can proceed IFP – not an artificial entity, such as an estate.[1]

Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or (if Plaintiff is a natural person) submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 24-CV-7633 (LTS). No summons shall issue at this time. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

---

[1] *See, e.g.*, *Davis v. Yale New Haven Hosp.*, No. 3:16-CV-01578 (VLB), 2017 WL 6459499, at *2 (D. Conn. Dec. 11, 2017) (relying on *In re Estate of Van Putten*, 553 Fed. Appx. 328 (3d Cir. 2009) (affirming that an estate is not eligible to proceed IFP)); *Rowland v. California Men's Colony*, 506 U.S. 194, 196 (1993) (holding that only natural persons may proceed IFP under 28 U.S.C. § 1915).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 9, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge