UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASLEDIE DAVUDOVA EXPRESS TRUST
D/B/A SETTLOR/TRUST PROTECTOR
ALENA MAGDALENA KARAKOVA,

                      Plaintiff,

-against-

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION,

                      Defendant.

24 **CIVIL** 7633 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 13, 2024
             New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge